**Order entered September 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00135-CR

**TEDDYBEAR MONROE KERNS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F17-76646-K**

## ORDER

Before the Court is appellant's September 19, 2019 second motion to extend the time to file appellant's brief.  We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 11, 2019.  If appellant's brief is not filed by October 11, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CORY L. CARLYLE
JUSTICE